**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

| In re: | Case No. 3-24-11390 |
|---|---|
| Jaime L Kussmaul | Chapter 7 |
| **Debtor(s)** | |

*Please check the appropriate box.*

**For Debtor:**
- ■ Payment advices (pay stubs) are attached.
- ☐ No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).
- ☐ No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ____

**For Joint Debtor, if applicable:**
- ☐ Payment advices (pay stubs) are attached.
- ☐ No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).
- ☐ No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ____

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of ___ sheets, numbered 1 through ___, and that they are true and correct to the best of my knowledge, information, and belief.

Signature of Debtor:   /s/ Jaime L Kussmaul      Date: July 25, 2024

March 2006

| Statement of Earnings For: | Jaime L Kussmaul | | | | | Mark Fillback Inc | |
|---|---|---|---|---|---|---|---|
| Employee #: | KUS4460 | Department | P76000 | Period Begin: 7/1/2024 | Check Date: 7/25/2024 | 14166 Hwy G | |
| Clock Number: | | Time Profile | | Period End: 7/15/2024 | Pay Type: Salary | Montfort, WI 53569 | |
| Company Id: | MARKFILLBA | Federal Filing: | Single or | Exemptions: | Additional Tax: | 608-929-4513 | |
| | | State Filing: | Single | Exemptions: 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V052453 | $0.00 | $2,254.32 | $1,645.67 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary/Draw | 12.6918 | 86.67 | 1,100.00 | 1,213.38 | 15,000.00 | SOC SEC EE | 130.17 | 1,550.77 | Medical Pre-tax | 91.55 | 1,281.70 |
| *ER Medical | | | 125.00 | 0.00 | 1,750.00 | MED EE | 30.44 | 362.68 | Dental Pre-tax | 53.98 | 755.72 |
| Commission | | | 479.32 | 0.00 | 2,730.42 | FEDERAL WH | 169.27 | 1,844.15 | Vision Pre-tax | 9.33 | 130.62 |
| Draw | | | 675.00 | 0.00 | 9,450.00 | WISCONSIN WH | 92.30 | 1,032.21 | STD Tiered Rate | 9.63 | 134.82 |
| *Salary Hours | | 107.10 | 0.00 | 1,126.55 | 0.00 | | | | Vol Life AD&D | 17.79 | 249.06 |
| *Salary Vacation | | 16.00 | 0.00 | 72.50 | 0.00 | | | | Accident | 4.19 | 58.66 |
| Total: | | 86.67 | 2,254.32 | 1,213.38 | 27,180.42 | Total: | 422.18 | 4,789.81 | Total: | 186.47 | 2,610.58 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 16.00 | Balance -217.50 | Checking | | Account: ####2092 | Deposit Amount: | 1,645.67 |

Mark Fillback Inc
14166 Hwy G
Montfort, WI 53569
608-929-4513

KUS4460 P76000
**Jaime L Kussmaul**
200 S Ohio St
Prairie Du Chien, WI 53821

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/25/2024 | V052453 |

| TOTAL NET PAY |
|---|
| ******$1,645.67 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Jaime L Kussmaul | | | | | | Mark Fillback Inc |
|---|---|---|---|---|---|---|---|
| Employee #: | KUS4460 | Department | P76000 | Period Begin: | 6/16/2024 | Check Date: | 7/10/2024 |
| Clock Number: | | Time Profile | | Period End: | 6/30/2024 | Pay Type: | Salary |
| Company Id: | MARKFILLBA | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | Single | Exemptions: | 0 | Additional Tax: | |

14166 Hwy G
Montfort, WI 53569
608-929-4513

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V049870 | $0.00 | $1,775.00 | $1,288.99 | |

### EARNINGS  *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Salary/Draw | 12.6918 | 86.67 | 1,100.00 | 1,126.71 | 13,900.00 |
| *ER Medical | | | 125.00 | 0.00 | 1,625.00 |
| Draw | | | 675.00 | 0.00 | 8,775.00 |
| *Salary Hours | | 86.85 | 0.00 | 1,019.45 | 0.00 |
| *Salary Vacation | | 12.00 | 0.00 | 56.50 | 0.00 |
| Commission | | | 0.00 | 0.00 | 2,251.10 |
| **Total:** | | **86.67** | **1,775.00** | **1,126.71** | **24,926.10** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 100.45 | 1,420.60 |
| MED EE | 23.49 | 332.24 |
| FEDERAL WH | 111.75 | 1,674.88 |
| WISCONSIN WH | 63.85 | 939.91 |
| **Total:** | **299.54** | **4,367.63** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Pre-tax | 91.55 | 1,190.15 |
| Dental Pre-tax | 53.98 | 701.74 |
| Vision Pre-tax | 9.33 | 121.29 |
| STD Tiered Rate | 9.63 | 125.19 |
| Vol Life AD&D | 17.79 | 231.27 |
| Accident | 4.19 | 54.47 |
| **Total:** | **186.47** | **2,424.11** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 12.00 | -201.50 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####2092 | 1,288.99 |

---

Mark Fillback Inc
14166 Hwy G
Montfort, WI 53569
608-929-4513

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/10/2024 | V049870 |

| TOTAL NET PAY |
|---|
| ******$1,288.99 |

KUS4460 P76000
**Jaime L Kussmaul**
200 S Ohio St
Prairie Du Chien, WI 53821

**NOT NEGOTIABLE**

| Statement of Earnings For: | Jaime L Kussmaul | | | | | | Mark Fillback Inc |
|---|---|---|---|---|---|---|---|
| Employee #: | KUS4460 | Department | P76000 | Period Begin: | 6/1/2024 | Check Date: 6/25/2024 | 14166 Hwy G |
| Clock Number: | | Time Profile | | Period End: | 6/15/2024 | Pay Type: Salary | Montfort, WI 53569 |
| Company Id: | MARKFILLBA | Federal Filing: | Single or | Exemptions: | | Additional Tax: | 608-929-4513 |
| | | State Filing: | Single | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V047821 | $0.00 | $1,869.96 | $1,359.66 | |

### EARNINGS
*Not Included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Salary/Draw | 12.6918 | 86.67 | 1,100.00 | 1,040.04 | 12,800.00 |
| *ER Medical | | | 125.00 | 0.00 | 1,500.00 |
| Commission | | | 94.96 | 0.00 | 2,251.10 |
| Draw | | | 675.00 | 0.00 | 8,100.00 |
| *Salary Hours | | 103.85 | 0.00 | 932.60 | 0.00 |
| *Salary Vacation | | | 0.00 | 44.50 | 0.00 |
| **Total:** | | 86.67 | 1,869.96 | 1,040.04 | 23,151.10 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 106.33 | 1,320.15 |
| MED EE | 24.87 | 308.75 |
| FEDERAL WH | 123.15 | 1,563.13 |
| WISCONSIN WH | 69.48 | 876.06 |
| **Total:** | 323.83 | 4,068.09 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Pre-tax | 91.55 | 1,098.60 |
| Dental Pre-tax | 53.98 | 647.76 |
| Vision Pre-tax | 9.33 | 111.96 |
| STD Tiered Rate | 9.63 | 115.56 |
| Vol Life AD&D | 17.79 | 213.48 |
| Accident | 4.19 | 50.28 |
| **Total:** | 186.47 | 2,237.64 |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance -189.50 | | | |

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: ####2092 | Deposit Amount: 1,359.66 |

---

Mark Fillback Inc
14166 Hwy G
Montfort, WI 53569
608-929-4513

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/25/2024 | V047821 |

| TOTAL NET PAY |
|---|
| ******$1,359.66 |

KUS4460 P76000
**Jaime L Kussmaul**
200 S Ohio St
Prairie Du Chien, WI 53821

**NOT NEGOTIABLE**

| Statement of Earnings For: | Jaime L Kussmaul | | | | | | Mark Fillback Inc |
|---|---|---|---|---|---|---|---|
| Employee #: | KUS4460 | Department | P76000 | Period Begin: | 5/16/2024 | Check Date: | 6/10/2024 | 14166 Hwy G |
| Clock Number: | | Time Profile | | Period End: | 5/31/2024 | Pay Type: | Salary | Montfort, WI 53569 |
| Company Id: | MARKFILLBA | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | 608-929-4513 |
| | | State Filing: | Single | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V045811 | $0.00 | $1,775.00 | $1,288.98 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary/Draw | 12.6918 | 86.67 | 1,100.00 | 953.37 | 11,700.00 | SOC SEC EE | 100.45 | 1,213.82 | Medical Pre-tax | 91.55 | 1,007.05 |
| *ER Medical | | | 125.00 | 0.00 | 1,375.00 | MED EE | 23.50 | 283.88 | Dental Pre-tax | 53.98 | 593.78 |
| Draw | | | 675.00 | 0.00 | 7,425.00 | FEDERAL WH | 111.75 | 1,439.98 | Vision Pre-tax | 9.33 | 102.63 |
| *Salary Hours | | 89.65 | 0.00 | 828.75 | 0.00 | WISCONSIN WH | 63.85 | 806.58 | STD Tiered Rate | 9.63 | 105.93 |
| *Salary Vacation | | 8.00 | 0.00 | 44.50 | 0.00 | | | | Vol Life AD&D | 17.79 | 195.69 |
| Commission | | | 0.00 | 0.00 | 2,156.14 | | | | Accident | 4.19 | 46.09 |
| Total: | | 86.67 | 1,775.00 | 953.37 | 21,281.14 | Total: | 299.55 | 3,744.26 | Total: | 186.47 | 2,051.17 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 8.00 | Balance -189.50 | Checking | | Account: ####2092 | Deposit Amount: | 1,288.98 |

Mark Fillback Inc
14166 Hwy G
Montfort, WI 53569
608-929-4513

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/10/2024 | V045811 |

| TOTAL NET PAY |
|---|
| ******$1,288.98 |

KUS4460 P76000
**Jaime L Kussmaul**
200 S Ohio St
Prairie Du Chien, WI 53821

**NOT NEGOTIABLE**

| Statement of Earnings For: | Jaime L Kussmaul | | | | | | Mark Fillback Inc |
|---|---|---|---|---|---|---|---|
| Employee #: KUS4460 | Department P76000 | Period Begin: 5/1/2024 | Check Date: 5/24/2024 | | | | 14166 Hwy G |
| Clock Number: | Time Profile | Period End: 5/15/2024 | Pay Type: Salary | | | | Montfort, WI 53569 |
| Company Id: MARKFILLBA | Federal Filing: Single or | Exemptions: | Additional Tax: | | | | 608-929-4513 |
| | State Filing: Single | Exemptions: 0 | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V043435 | $0.00 | $2,252.60 | $1,644.40 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate  Hrs/Units | Dollars  YTD Hrs/Unit | | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary/Draw | 12.6918  86.67 | 1,100.00  866.70 | | 10,600.00 | SOC SEC EE | 130.06 | 1,113.37 | Medical Pre-tax | 91.55 | 915.50 |
| *ER Medical | | 125.00  0.00 | | 1,250.00 | MED EE | 30.41 | 260.38 | Dental Pre-tax | 53.98 | 539.80 |
| Commission | | 477.60  0.00 | | 2,156.14 | FEDERAL WH | 169.06 | 1,328.23 | Vision Pre-tax | 9.33 | 93.30 |
| Draw | | 675.00  0.00 | | 6,750.00 | WISCONSIN WH | 92.20 | 742.73 | STD Tiered Rate | 9.63 | 96.30 |
| *Salary Hours | 72.90 | 0.00  739.10 | | 0.00 | | | | Vol Life AD&D | 17.79 | 177.90 |
| *Salary Vacation | 12.00 | 0.00  36.50 | | 0.00 | | | | Accident | 4.19 | 41.90 |
| Total: | 86.67 | 2,252.60  866.70 | | 19,506.14 | Total: | 421.73 | 3,444.71 | Total: | 186.47 | 1,864.70 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 12.00 | Balance -181.50 | Checking | Account: ####2092 | Deposit Amount: | | 1,644.40 |

Mark Fillback Inc
14166 Hwy G
Montfort, WI 53569
608-929-4513

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/24/2024 | V043435 |

| TOTAL NET PAY |
|---|
| ******$1,644.40 |

KUS4460 P76000
**Jaime L Kussmaul**
200 S Ohio St
Prairie Du Chien, WI 53821

**NOT NEGOTIABLE**